# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA12 | 09944791 | Jonaus | 63 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/05/2020 | 46.2-833 |

Place of Offense: Intersection of Adams & Lee Ave

Offense Description; Factual Basis for Charge: Mil-ALC-SGT
Fail to obey a traffic light

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Wiley
First Name: Jonathan L

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| HFK-2046 | NC | 19 | GMC Canyon | | Blue |

A ☐ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☑ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 120 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*09944791*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 5th, 2020 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

WHILE CONDCUTING STATIONARY RADAR ON LEE AVENUE. I OBSERVED A BLUE IN COLOR PICKUP TRUCK TRAVELLING WEST TOWARD THE ADAMS AND LEE AVE INTERSECTION. I OBSERVED THE VEHICLE DROVE THROUGH THE INTERSECTION WITHOUT STOPPING AT THE BLINKING RED LIGHT. I INITIATED A TRAFFIC STOP I IDENTIFIED THE VEHICLE AS A GMC CANYON LIC# HKF-2046 (NC) AND THE OPERATOR AS JONATHAN L WILEY FROM HIS LUISIANA DRIVER'S LICENSE AND MILITARY ID. SGT WILEY ADMITTED TO PAILLING TO STOP AT THE TRAFFIC LIGHT, HE SAID HE IS NOT FROM AROUND HERE AND NOT FAMILIAR WITH THE AREA. I INFORMED HIM NOT KNOWING WHERE HE IS HAS NOTHING TO WITH OBEYING A TRAFFIC LIGHT, HE WAS COORPORATIVE AND CONCERNED. HE WAS ISSUED A CITATION FOR FAIL TO OBEY A TRAFFIC LIGHT AND HE WAS RELEASED.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/05/2020
Date (mm/dd/yyyy)   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident